CLEOC #

# United States District Court
## Violation Notice
(Rev. 1/2019)

(For issuance of an arrest warrant or summons)

233 400100 657

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS 1 | 9620024 | CRAWFORD | 8046 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged □ CFR ☑USC □ State Code |
|---|---|
| 19/18/22 0851 | TITLE / 18 SEC. 13 USC |

Place of Offense

BELLEAU AVE

Offense Description: Factual Basis for Charge                    HAZMAT □

CVC 23/23(a) HAND-HELD WIRELESS TELEPHONE:
PROHIBITED USE

### DEFENDANT INFORMATION

Last Name

PEREZ          NOE

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | Pass □ | Color |
|---|---|---|---|---|---|
| 6065LT2 | CA | 19 | TOYT / TACOMA | | BLK |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A □ If Box A is checked, you must appear in court. See instructions. | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.<br>$ 103.00 Forfeiture Amount<br>+ $30 Processing Fee |

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →    $ 133.00  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 333 WEST BROADWAY<br>SAN DIEGO, CA 92101 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9620024*

---

I state that on 13 NOVEMBER 20 23 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

The foregoing statement is based upon:

☑ my personal observation        □ my personal investigation
□ information supplied to me from my fellow officer's observation
□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  11/15/2023    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 12/07/2023 10:59